UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEREE JONES,

     Plaintiff,       Case Number 19-12043
v.                 Honorable David M. Lawson

CREDIT ACCEPTANCE CORP.,

     Defendant.
_____/

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

On September 19, 2019, the parties filed a joint statement acknowledging that the dispute is governed by an arbitration agreement, and that the plaintiff will file an arbitration demand with the American Arbitration Association ("AAA"). However, the plaintiff argued that this action should remain open because the plaintiff has reason to believe that plaintiff's provider, T-Mobile Metro PCS, does not honor subpoenas signed by arbitrators. After reviewing the parties' submissions and hearing oral argument on October 1, 2019, the Court will stay and administratively close the case and permit any party to return to Court to seek an order to enforce subpoenas issued by the AAA. *See* 9 U.S.C. §§ 3, 9.

Accordingly, it is **ORDERED** that the parties shall engage in binding arbitration under the conditions and procedures set out in their arbitration agreement.

It is further **ORDERED** that this case is **STAYED**.

It is further **ORDERED** that the arbitrators may issue subpoenas to compel the attendance of witnesses and the production of documents as authorized by 9 U.S.C. § 7, and may petition the Court for an order to enforce subpoenas.

It is further **ORDERED** that any party may move to dissolve the stay to enforce or challenge subpoenas issued by the AAA.

It is further **ORDERED** that the parties must notify the court when arbitration has been completed.

It is further **ORDERED** that the clerk shall **ADMINISTRATIVELY CLOSE** the case for statistical purposes.

s/David M. Lawson
DAVID M. LAWSON
United States District Judge

Date:   October 3, 2019

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first-class U.S. mail on October 3, 2019.

s/Susan K. Pinkowski
SUSAN K. PINKOWSKI